# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **Logan Allan Pershing-Vining** | Case Number 20CR0525-KSC |
| | FEDERAL DEFENDERS |
| | *Defendant's Attorney* |

**REGISTRATION NO.** 92543298

THE DEFENDANT:

☒ pleaded guilty to count(s)  5-6 of the Superseding Information (Misdemeanor)

☐ was found guilty to count(s) _____

after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8:1325 | Accessory After the Fact (Misdemeanor) | 5-6 |

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) UNDERLYING dismissed on the motion of the United States.

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

2 MONTHS AS TO COUNT 5 AND 2 MONTHS AS TO COUNT 6 CONSECUTIVE
(TOTAL OF 4 MONTHS)

☒ Assessment: $20 WAIVED ($10 COUNT 5 AND $10 COUNT 6 – TOTAL OF $20)

☒ Fine: WAIVED

☒ Defendant to Self-Surrender to the United States Marshal on or before 9/8/2020.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

8/18/2020
Date of Imposition of Sentence

*[signature]*

HONORABLE KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE